# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **LYNN BENNETT,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No.: 06-572C<br>(Judge Baskir) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Susan E. Buxton, of the firm Moore Smith, Buxton & Turcke Chtd., as attorney of record for Lynn Bennett. Service of all papers by opposing parties should be addressed as follows:

Susan E. Buxton
Moore Smith Buxton & Turcke Chartered
950 W. Bannock Street, Suite 520
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
seb@msbtlaw.com

Attention: Classification Unit
1100 L Street, NW 8th Floor

Susan E. Buxton, Of the Firm
Attorneys for Lynn Bennett

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2007, I caused to be served by United States Mail (first class, postage prepaid) a copy of Plaintiff's **NOTICE OF APPEARANCE** addressed as follows:

| | |
|---|---|
| Roger A. Hipp<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>Washington, D.C. 20530 | _____ U.S. Mail<br>__✓__ Facsimile<br>_____ Hand Delivered<br>_____ Overnight Mail |

Susan E. Buxton