# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**LYNN BENNETT,** *

Plaintiff, *

v. * No. 06-572C

**THE UNITED STATES,** * (Filed Mar. 27, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

An off-the-record telephonic Early Neutral Evaluation Conference shall be held at 2:00 p.m. on Thursday, April 5, 2007. The call will be placed from the Howard T. Markey National Courts Building.

Any information and documents submitted to the ADR judge for purposes of ADR will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

**IT IS SO ORDERED.**

/s Christine O. C. Miller

___________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir