# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **LYNN BENNETT,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No.: 06-572C<br>(Judge Odell Cook Miller) |

## NOTICE OF COMPLIANCE

To the Clerk:

Pursuant to the Order from the Court dated April 6, 2007, Counsel for the parties have been in negotiation regarding settlement of this matter. An offer of settlement from Ms. Buxton, on behalf of Plaintiff Lynn Bennett, was extended to Mr. Hipp on Monday, May 14, 2007 via facsimile. Mr. Hipp, on behalf of GSA, extended an oral response to Ms. Buxton late Friday, May 18, 2007. Counsel for both parties spoke this morning and discussed the need for more time to settle this matter and hereby request that the Court grant an extension of time for further negotiation of this matter to June 22, 2007.

Attention: Classification Unit
1100 L Street, NW 8th Floor

Susan E. Buxton, Of the Firm
Attorneys for Lynn Bennett

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May 2007, I caused to be served via facsimile and by United States Mail (first class, postage prepaid), a copy of the Parties **NOTICE OF COMPLIANCE** addressed as follows:

| | |
|---|---|
| Roger A. Hipp<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>Washington, D.C. 20530 | ✓ U.S. Mail<br>✓ Facsimile<br>_____ Hand Delivered<br>_____ Overnight Mail |

Susan E. Buxton