Susan E Buxton
MOORE SMITH BUXTON & TURCKE, CHTD.
950 West Bannock Street, Suite 520
Boise, Idaho 83702
Tel: 208-331-1800
Fax: 208-331-1202

Attorneys for Plaintiff Lynn Bennett

**IN THE UNITED STATES COURT FOR FEDERAL CLAIMS**

| | |
|---|---|
| LYNN BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 06-572C<br><br>Hon. Christine Odell Cook Miller, Judge |

**FINAL ADR STATUS REPORT**

Pursuant to this Court's order of August 28, 2007, Plaintiff Lynn Bennett submits this Final ADR Status Report.

As of the filing of this Report, Plaintiff's counsel has not received a response from the United States on the question whether the United States will accept Plaintiff's revised proposal.

Respectfully submitted this 27th day of September, 2007.

MOORE SMITH BUTXTON & TURCKE, CHTD.

Susan E. Buxton
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Final ADR Status Report was this 27th day of September, 2007 served upon the following individuals and in the corresponding manner:

Roger A. Hipp
Commercial Litigation Branch
Civil Division
National Courts Section
100 L St., NW
Washington, D.C. 20530

Susan E. Buxton