# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**LYNN BENNETT,** *

Plaintiff, *

v. * No. 06-572C

**THE UNITED STATES,** * (Filed Dec. 18, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

______Further to the several Alternative Dispute Conferences conducted over several months, and the parties' Supplemental Joint Status Report filed on December 17, 2007,

**IT IS ORDERED**, as follows:

This case is returned to the presiding judge for further proceedings.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir